# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| TIMBERLAND TRANSPORTATION, INC., | Civil No. 09-2845 (JRT/FLN) |
| Plaintiff, | **INTERIM INJUNCTION (STIPULATED)** |
| v. | |
| JEFFREY A. NELSON AND MASTER TRANSFER CO., INC., | |
| Defendants. | |

___

Lauren Lonergan, Mark Ayotte, and Robin Caneff Gipson, **BRIGGS & MORGAN,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Jeremy Sosna and Jody Ward-Rannow, **FORD & HARRISON LLP,** 225 South Sixth Street, Suite 3150, Minneapolis, MN 55402, defendant Nelson.

Arthur Boylan, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402; Thomas Forker, **FABYANSKE WESTRA HART & THOMSON, PA**, 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402, for defendant Master Transfer Co., Inc.

Whereas, the parties in this matter, through their respective counsel, have entered into a Stipulation for Entry of Interim Injunction [Docket No. 24],

Whereas, it is in the best interests of the parties and the administration of justice to maintain the status quo until further resolution of this matter,

**THEREFORE, IT IS HEREBY ORDERED**:  The Court adopts the terms of the Stipulation for Entry of Interim Injunction [Docket No. 24] filed with the Court in this matter and Defendants are hereby ordered to comply with its terms.

DATED: October 26, 2009
at Minneapolis, Minnesota.

                                                  s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                        United States District Judge