# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TIMBERLAND TRANSPORTATION, INC., | Civil No. 09-2845 (JRT/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| JEFFREY A. NELSON AND MASTER TRANSFER CO., INC., | |
| Defendants. | |

---

Richard Ross and Sten-Erik Hoidal, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for plaintiff.

Jeremy Sosna and Jody Ward-Rannow, **FORD & HARRISON, LLP**, 225 South Sixth Street, Suite 3150, Minneapolis, MN 55402, for defendant Jeffrey Nelson.

Arthur Boylan and Joel Abrahamson, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendant Master Transfer Co., Inc.


The plaintiff in this case has filed a motion for Order to Show Cause [Docket No. 38].

**IT IS HEREBY ORDERED** that the defendants shall file a response by December 4, 2009. The Court will then determine if a hearing will be set, or if the motion will be heard on the papers submitted.


Dated: November 25, 2009
at Minneapolis, Minnesota

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                               United States District Judge