# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMBERLAND TRANSPORTATION, INC., | Civil No. 09-2845 (JRT/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| JEFFREY A. NELSON AND MASTER TRANSFER CO., INC., | |
| Defendants. | |

Richard Ross and Sten-Erik Hoidal, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for plaintiff.

Jeremy Sosna and Jody Ward-Rannow, **FORD & HARRISON, LLP**, 225 South Sixth Street, Suite 3150, Minneapolis, MN 55402, for defendant Jeffrey Nelson.

Arthur Boylan and Joel Abrahamson, **LEONARD STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendant Master Transfer Co., Inc.

The above-entitled matter is before the Court on Plaintiff's Motion for Order to Show Cause [Docket No. 38]. A hearing was held on December 15, 2009, and the Court took the motion under advisement. Since that hearing, the Court has also received several letters regarding the stipulated injunction [Docket Nos. 63, 65, 66].

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  The Temporary Injunction Order, filed on October 26, 2009, is extended until further order of this Court.

2.  A continued hearing on the Order to Show Cause is scheduled for February 16, 2010 at 10:30 a.m.

Dated: January 11, 2010
at Minneapolis, Minnesota

                                            s/ John R. Tunheim
                                            JOHN R. TUNHEIM
                                            United States District Judge