**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| TIMBERLAND TRANSPORTATION, INC., | Civil No. 09-2845 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JEFFREY A. NELSON AND MASTER TRANSFER CO. INC., | |
| Defendants. | |

---

John J. Wackman, **NILAN JOHNSON LEWSI** PA, 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for plaintiff.

Arthur Boylan and Joel Abrahamson, **LEONARD STREET AND DEINARD, PA**, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for Defendant Master Transfer.

Jeffrey Nelson, 2924 Frank Street, Maplewood, MN 55109, pro se defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel, dated September 3, 2010 [Docket No. 141]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

Plaintiff's motion for an order to show cause [Docket No. 38] is **DENIED**.

Dated: September 20, 2010
at Minneapolis, Minnesota

                                                                  s/ John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                          United States District Judge